[No. 55586-3-I.   Division One.   June 19, 2006.]

BENEFICIARIES OF THE ESTATE OF LEONA FULLER, *Respondents*,
v. DONNA TAYLOR EL AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-18386-7, Helen Halpert, J., entered December 17, 2004. *Affirmed in part, reversed in part* and *remanded* by unpublished opinion per Cox, J., concurred in by Becker and Dwyer, JJ.

[No. 55682-7-I.   Division One.   June 19, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. PAUL MICHAEL PITTMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-1-02738-6, Michael T. Downes, J., entered January 24, 2005. *Reversed* by unpublished per curiam opinion. Now published at 134 Wn. App. 376.

[No. 56007-7-I.   Division One.   June 19, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. DONALD WILLIAM WRIGHT, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-1-01240-2, George N. Bowden, J., entered March 7, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56032-8-I.   Division One.   June 19, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. V.A., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-8-03774-5, Philip G. Hubbard, Jr., J., entered March 17, 2005. *Affirmed* by unpublished per curiam opinion.